UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE HENRY, | ) | CASE NO. 5:14 CV 2615 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| CAROLYN W. COLVIN, | ) | RECOMMENDATION |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. (ECF #19). The Report and Recommendation issued on December 30, 2015, which recommends that this Court affirm the decision of the Administrative Law Judge "("ALJ") and dismiss the Plaintiff's Complaint is hereby ADOPTED by this Court, without objection.

Plaintiff sought review of the Commissioner's decision denying her application for Supplemental Security Income ("SSI"), arguing that the Administrative Law Judge ("ALJ") erred by not providing controlling weight to the opinion of Plaintiff's treating physicians, and erred when evaluating Plaintiff's capability to work. (ECF #14). Magistrate Limbert found that the ALJ's

decision was supported by substantial evidence, that the ALJ applied the proper legal standards, and, therefore, that the Court should affirm the ALJ's decision and dismiss the instant case with prejudice.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and found that Magistrate's Limbert was thorough and correct in his application of the law and assessment of the relevant facts. The Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirely. The decision of the ALJ denying Plaintiff's request for SSI is affirmed, and Plaintiff's Complaint is dismissed with prejudice. IT IS SO ORDERED.

DATED: March 18, 2016

_____
DONALD C. NUGENT
United States District Judge